AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
EASTERN District of TEXAS

| | |
|---|---|
| United States of America<br>v.<br>ANDREW PADILLA<br>*Defendant* | ) ) ) ) ) ) ) Case No.  4:18mj097 - CAN<br><br>Charging District's Case No.   CR-18-422-PHX-SPL |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* UNITED STATES DISTRICT COURT OF THE DISTRICT OF ARIZONA

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   4/9/2018

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

USCA54

| | |
|---|---|
| DATE 4/9/2018 | CASE NUMBER 4:18MJ097 - CAN |
| LOCATION Sherman | USA      MARISA MILLER      Assigned |
| JUDGE Christine A. Nowak | vs       MARISA MILLER      Appeared |
| DEPUTY CLERK Keary Conrad | |
| COURT REPORTER: Digital Recording | ANDREW PADILLA |
| INTERPRETER: NOT REQUIRED | Defendant |
| BEGIN: 10:47AM /10:57AM | CARL MEDDERS, Retained |
| | Attorney |

FILED APR 09 2018 Clerk, U.S. District Court Texas Eastern

✓ **INITIAL APPEARANCE Rule 5 (District of Arizona)**

✓ Hearing Held    ✓ Hearing Called    ✓ Defendant Sworn    ☐ Interpreter Required

✓ Dft appears: ✓ with   ☐ without counsel   ☐ pro se   ☐ Counsel appears on behalf of defendant
  Appears on:  ☐ Complaint  ✓ Indictment

✓ Date of arrest: 4/6/2018    (Other district court & case #) District of Arizona (CR-18-00422-PHX-SPL)

✓ Dft  ✓ advised of charges (Cts. 1 -51)   ✓ advised of maximum penalties   ✓ Advised of right to remain silent;
       ✓ advised of right to counsel        ✓ received copy of indictment
       ☐ received copy of complaint

✓ Dft first appearance with counsel ☐ CJA appointed ✓ Retained ☐ Federal Public Defender appointed
  CARL MEDDERS, Retained

☐ Defendant advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
☐ Defendant requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ Identity hearing requested           ✓ Defendant signs Waiver of Rule 5 and 5.1 Hearings:
                                         ✓ Defendant waives identity hearing
                                         ☐ Defendant waives preliminary hearing
                                         ☐ Defendant waives identity hearing but requests preliminary hearing
                                           to be held in prosecuting district
                                         ☐ Defendant waives detention hearing

✓ Court commits the Defendant to the District of Arizona for his arraignment.
✓ Government does not move to detain the Defendant; Parties agree to Conditions. Court reviews the Conditions of Release with the Defendant. Defendant understands the Conditions of Release.
✓ Order setting conditions of release   ☐ Bond executed, dft. Released;   ☐ Not executed at this time
✓ Defendant is ordered to appear in the prosecuting district (District of Arizona) on April 18, 2018 at 3:00pm at the Sandra Day O'Connor, United States Courthouse, 401 West Washington Street, Phoenix, AZ 85003-2118 before Magistrate Judge Bade
✓ Government requests that the Indictment REMAIN Sealed except as to Defendant Padilla.
☐ Order of Detention      ☐ Temp Detention Pending Hearing
☐ Defendant signed Waiver of Detention hearing and remanded to custody of USM    ☐ Defendant ordered removed to originating district
☐ Defendant remanded to custody of USM
✓ Defendant will be released pending out processing through the United States Marshals.

USCA53

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Sherman)
# CRIMINAL DOCKET FOR CASE #: <u>4:18−mj−00097−CAN</u> All Defendants

Case title: USA v. Padilla  
Other court case number: CR−18−00422−PHX−SPL District of Arizona

Date Filed: 04/09/2018

---

Assigned to: Magistrate Judge Christine A. Nowak

### Defendant (1)

**Andrew Padilla**   represented by   **Carl David Medders**
Burleson Pate & Gibson
900 Jackson Street
Suite 330
Dallas, TX 75202
Dallas
214−871−4900
Fax: 214−871−7543
Email: dmedders@bp−g.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                                **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                             **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                                    **Disposition**
18:371.F, 18:1952−7470.F, 18:1956−7480.F, 18:1957−4999.F

---

**Plaintiff**

| | | | |
|---|---|---|---|
| USA | | represented by | **Marisa J Miller**<br>United States Attorney's Office – Plano<br>101 E. Park Blvd.<br>Plano, TX 75074<br>972-509-1201<br>Fax: 972-509-1209<br>Email: marisa.miller@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/06/2018 | | | Arrest (Rule 5c) of Andrew Padilla (mem) (Entered: 04/09/2018) |
| 04/09/2018 | 1 | | Rule 5 Documents Received from District of Arizona, Case number CR-18-00422-PHX-SPL (BSB), as to Andrew Padilla. (mem) (Entered: 04/09/2018) |
| 04/09/2018 | 2 | 3 | Minute Entry for proceedings held before Magistrate Judge Christine A. Nowak: Initial Appearance in Rule 5(c)(3) Proceedings as to Andrew Padilla held on 4/9/2018. Appearance entered by Marisa J Miller for USA, Carl David Medders for Andrew Padilla on behalf of defendant. Court commits the Defendant to the District of Arizona for his arraignment. Defendant will be released pending out processing through the United States Marshals. (Court Reporter: Digital.) (mem) (Entered: 04/09/2018) |
| 04/09/2018 | 3 | 4 | WAIVER of Rule 5(c)(3) Hearing by Andrew Padilla. (mem) (Entered: 04/09/2018) |
| 04/09/2018 | 4 | 5 | E-GOV SEALED ORDER Setting Conditions of Release. Signed by Magistrate Judge Christine A. Nowak on 4/9/2018. (mem) (Entered: 04/09/2018) |