PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | NO. CR-18-00422-PHX-SPL (BSB) |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| 6.  ANDREW PADILLA, | |
| Defendant. | |

Pursuant to LRCrim 57.3 of the Rules of Practice of the United States District Court for the District of Arizona, Michael L. Piccarreta of Piccarreta Davis Keenan Fidel PC hereby enters his appearance for and on behalf of the defendant, Andrew Padilla, in the above-entitled matter for all further proceedings.

RESPECTFULLY SUBMITTED this 10th day of April, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC

By: /s/   Michael L. Piccarreta
Michael L. Piccarreta
Attorney for Andrew Padilla

On April 10, 2018, A PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dominic Lanza, dominic.lanza@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov