AO 44■■ ■2 Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

2018 MAR 29 AM 9:55

United States of America
v.

Andrew Padilla
*Defendant*

Case No. CR-18-00422-06-PHX-SPL

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

APR 1 0 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Andrew Padilla,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:371 – Conspiracy
18:1952(a)(3)(A) – Travel Act – Facilitate Prostitution

Date: 03/29/2018

*Issuing officer's signature*

City and state: Phoenix, Arizona

Amanda Duran, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/29/2018, and the person was arrested on *(date)* 04/09/2018
at *(city and state)* Plano, TX.

Date: 04/09/2018

*Arresting officer's signature*

FBI
*Printed name and title*