PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>6.  Andrew Padilla,<br>　　(Counts 1-51)<br>7.  Joye Vaught,<br>　　(Counts 1-51)<br><br>　　　　　Defendants. | NO. CR-18-00422-06-PHX-SPL<br><br>MOTION FOR LEAVE TO FILE JOINT REPLY TO RESPONSE TO MOTION TO STAY SEIZURE OF ATTORNEYS' FEES (DOCS. 360, 371) |

Defendants Andrew Padilla and Joye Vaught, by and through their undersigned attorneys, respectfully request leave to file a joint reply to the government's Response (Doc. 371) to the Emergency Motion to Stay Seizure of Attorneys' Fees and Request for Immediate Hearing (Doc. 360). The emergency motion raises numerous serious constitutional issues regarding the government's novel theories of seizure and forfeiture and novel theories of underlying criminal liability that have never been accepted on the merits by any court. Defendants Padilla and Vaught believe that it will serve the interests of judicial efficiency to address these matters in a joint reply rather than in two separate replies. The defendants therefore respectfully request this Court, pursuant to LRCrim 12.1 and LRCiv 7.2(e)(2), to permit the defendants combine the otherwise applicable 11 page limits for separate replies

into a single joint reply not to exceed 22 pages.

RESPECTFULLY SUBMITTED this 14th day of November, 2018.

PICCARRETA DAVIS KEENAN FIDEL PC

By:   /s/    Michael L. Piccarreta
       Michael L. Piccarreta
       Attorney for Andrew Padilla

KARP & WEISS, P.C.

By:   /s/    Stephen M. Weiss
       Stephen M. Weiss
       Attorney for Joye Vaught

On November 14, 2018, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones, reginald.jones4@usdoj.gov
Peter Kozinets, peter.kozinets@usdoj.gov
John Kucera, john.kucera@usdoj.gov
Margaret Perlmeter, margaret.perlmeter@usdoj.gov
Kevin Rapp, kevin.rapp@usdoj.gov
Patrick Reid, Patrick.Reid@usdoj.gov>
Andrew Stone, andrew.stone@usdoj.gov
Amanda Wick, Amanda.Wick@usdoj.gov
Paul Cambria, pcambria@lglaw.com
Tom Bienert, tbienert@bmkattorneys.com
Bruce Feder, bf@federlawpa.com
Michael Kimerer, mdk@kimerer.com
Stephen Weiss, sweiss@karpweiss.com