PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, Arizona 85701-1782
(520) 622-6900
Michael L. Piccarreta
State Bar No. 003962
Email: mlp@pd-law.com
Attorney for Defendant Andrew Padilla
         -and-
KARP & WEISS, P.C.
3060 N Swan Road
Tucson, AZ 85712
(520) 325-4200
Stephen M. Weiss
State Bar No. 002261
Email: sweiss@karpweiss.com
Attorney for Defendant Joye Vaught

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00422-06-PHX-SMB |
| Plaintiff, | NOTICE OF RE-FILING JOINT REPLY TO RESPONSE (DOC. 476) TO MOTION TO DISMISS DUE TO GOVERNMENT INTERFERENCE WITH RIGHT TO COUNSEL AND REQUEST FOR DISCLOSURE OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW (DOC. 456) |
| v. | |
| 6. Andrew Padilla,<br>   (Counts 1-51)<br>7. Joye Vaught,<br>   (Counts 1-51) | |
| Defendants. | |

Pursuant to this Court's Order filed March 19, 2019 (Doc. 502), defendants Andrew Padilla and Joye Vaught hereby provide notice that they have edited and re-filed their Joint Reply to Response (Doc. 476) to Motion to Dismiss due to Government Interference with Right to Counsel and Request for Disclosure or, in the Alternative, Motion to Withdraw (Doc. 456), in compliance with the Court's Order.

RESPECTFULLY SUBMITTED this 20th day of March, 2019.

          PICCARRETA DAVIS KEENAN FIDEL PC

          By:    /s/    Michael L. Piccarreta
                      Michael L. Piccarreta
                      Attorney for Defendant Andrew Padilla

          KARP & WEISS, P.C.

          By:    /s/    Stephen M. Weiss
                      Stephen M. Weiss
                      Attorney for Defendant Joye Vaught

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March, 2019, I electronically transmitted the foregoing to the Clerk of the Court via the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones: Reginald.Jones@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
John Kucera: John.Kucera@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Kevin Rapp: Kevin.Rapp@usdoj.gov
Andrew Stone: Andrew.Stone@usdoj.gov
Thomas Bienert: tbienert@bmkattorneys.com
Paul Cambria: pcambira@lglaw.com
Robert Corn-Revere: bobcornrevere@dwt.com
Bruce Feder: bfeder@federlaw.com
James Grant: jimgrant@dwt.com
Michael D. Kimerer, mdk@kimerer.com
Gary Lincenberg: glincenberg@birdmarella.com