DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1550
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: (602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 18-00422-06-PHX-SMB |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT PADILLA'S NOTICE OF JOINDER IN DEFENDANTS' MOTION TO DISMISS INDICTMENT** |
| Andrew Padilla, | |
| Defendant. | |

Defendant Andrew Padilla, by and through undersigned counsel, hereby joins in Defendants' Motion to Dismiss Indictment (Doc. 561) and adopts the positions and factual and legal arguments set forth in said motion as if fully set forth herein.

Accordingly, Defendant Padilla respectfully requests that the Court grant defendants' motion to dismiss the indictment.

Respectfully submitted this 27th day of May, 2019.

*s/ David Eisenberg*

DAVID EISENBERG
Attorney for Andrew Padilla

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones: Reginald.Jones@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov

1  John Kucera: John.Kucera@usdoj.gov
2  Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
   Kevin Rapp: Kevin.Rapp@usdoj.gov
3  Andrew Stone: Andrew.Stone@usdoj.gov
4  Thomas Bienert: tbienert@bmkattorneys.com
   Paul Cambria: pcambira@lglaw.com
5  Robert Corn-Reeve: bobcornrevere@dwt.com
6  Bruce Feder: bfeder@federlaw.com
   James Grant: jimgrant@dwt.com
7  Gary Lincenberg: glincenberg@birdmarella.com

8

9

10
       *s/ David Eisenberg*
11         David Eisenberg