1  DAVID EISENBERG
   **DAVID EISENBERG, P.L.C.**
2  3550 N. Central Avenue, Ste. 1550
   Phoenix, Arizona 85012
3  Arizona State Bar No. 017218
   Telephone: (602.237.5076
4  Email: david@deisenbergplc.com

5  Attorney for Defendant Andrew Padilla

                    UNITED STATES DISTRICT COURT

                          DISTRICT OF ARIZONA

| United States of America, | CR 18-00422-06-PHX-SMB |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT PADILLA'S NOTICE OF WAIVER OF PRESENCE** |
| Andrew Padilla, | |
| Defendant. | |

   Pursuant to Rule 43(b)(3), Fed.R.Crim.P., Defendant Andrew Padilla, by and through undersigned counsel, hereby gives notice that he waives his right to be present at the motions hearings set for August 19, 2019.

   Respectfully submitted this 15th day of August, 2019.

                              *s/ David Eisenberg*

                              DAVID EISENBERG
                              Attorney for Andrew Padilla

                          CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Reginald Jones:  Reginald.Jones@usdoj.gov
Peter S. Kozinets:  Peter.Kozinets@usdoj.gov
John Kucera:  John.Kucera@usdoj.gov
Margaret Perlmeter:  Margaret.Perlmeter@usdoj.gov
Kevin Rapp:  Kevin.Rapp@usdoj.gov

Andrew Stone:  Andrew.Stone@usdoj.gov
Thomas Bienert:  tbienert@bmkattorneys.com
Paul Cambria:  pcambira@lglaw.com
Robert Corn-Reeve:  bobcornrevere@dwt.com
Bruce Feder:  bfeder@federlaw.com
James Grant:  jimgrant@dwt.com
Gary Lincenberg:  glincenberg@birdmarella.com


    *s/ David Eisenberg*
      David Eisenberg