DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1155
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: 602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 18-00422-06-PHX-SMB |
|---|---|
| Plaintiff, | **DEFENDANT PADILLA'S MOTION FOR COUNSEL TO APPEAR BY TELEPHONE** |
| v. | |
| Andrew Padilla, | **(Hearing Set For May 22, 2023, 11:00 am)** |
| Defendant. | |

Defendant Andrew Padilla, by and through undersigned counsel, respectfully submits the Defendant's motion to allow his attorney to appear by telephone at the hearing set for May 22, 2023 at 11:00 a.m. in the matter of the Defendants' Motion to Dismiss Superseding Indictment (Doc. 1557).

The basis for this request is that several months ago counsel and his family arranged and paid for travel to the east coast of the United States, which includes the date set for the above hearing.

Accordingly, counsel respectfully requests that the Court enter an order allowing counsel to appear by telephone for the hearing on May, 22, 2023.

It is not expected that excludable delay pursuant to Title 18, United States Code, Sections 3161, et seq. will occur as a result of this motion or from an order based thereon.

Respectfully submitted this 5th day of May, 2023.

*s/ David Eisenberg*
DAVID EISENBERG
Attorney for Andrew Padilla

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed for this case.

*s/ David Eisenberg*
David Eisenberg