Gary S. Lincenberg *(admitted pro hac vice)*
　glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
　aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
　gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

Paul J. Cambria, Jr. *(admitted pro hac vice)*
　pcambria@lglaw.com
Erin McCampbell Paris *(admitted pro hac vice)*
　eparis@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Defendant Michael Lacey

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00422-004-PHX-DJH |
| Plaintiff, | **OBJECTION TO PROPOSED STATEMENT OF THE CASE (DKT. 1656)** |
| vs. | |
| Michael Lacey, et al., | Date: August 4, 2023<br>Time: 1:00 P.M. |
| Defendants. | Crtrm.: Special Proceedings Courtroom |
| | Assigned to Hon. Diane J. Humetewa |
| | Trial Date:　　　August 8, 2023 |

1  Eric W. Kessler, 009158
       eric.kesslerlaw@gmail.com
2  Kessler Law Group
   6720 N. Scottsdale Rd., Suite 210
3  Scottsdale, AZ  85253
   Telephone: (480) 644-0093
4  Facsimile: (480) 644-0095

5  Bruce S. Feder, 004832
       bf@federlawpa.com
6  FEDER LAW OFFICE, P.A.
   2930 E. Camelback Road, Suite 160
7  Phoenix, Arizona 85016
   Telephone: (602) 257-0135
8
   Attorney for Defendant Scott Spear
9
   David Eisenberg, 017218
10     david@deisenbergplc.com
   DAVID EISENBERG PLC
11 3550 N. Central Ave., Suite 1155
   Phoenix, Arizona 85012
12 Telephone: (602) 237-5076
   Facsimile: (602) 314-6273
13
   Attorney for Defendant Andrew Padilla
14
   Joy Malby Bertrand, 024181
15     joy.bertrand@gmail.com
   JOY BERTRAND ESQ LLC
16 PO Box 2734
   Scottsdale, Arizona 85252
17 Telephone: (602) 374-5321
   Facsimile: (480) 361-4694
18
   Attorney for Defendant Joye Vaught

19

20

21

22

23

24

25

26

27

28

3881935.1

2

OBJECTION TO PROPOSED STATEMENT OF THE CASE (DKT. 1656)

Defendants object to the Proposed Statement of the Case (Dkt. 1656), specifically to the phrase "various roles in the creation, operation, and management of the website Backpage.com" in the last paragraph of the Statement. The phrase assumes what the Government seeks to prove at trial regarding Defendants' alleged work with Backpage.com.

Defendants propose the following re-phrasing: "These charges arise from the Defendants' association with Backpage.com."

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (May 2023) § II(C)(3), Gary S. Lincenberg hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

DATED: August 2, 2023                    Respectfully submitted,

                                          Gary S. Lincenberg
                                          Ariel A. Neuman
                                          Gopi K. Panchapakesan
                                          Bird, Marella, Boxer, Wolpert, Nessim,
                                          Drooks, Lincenberg & Rhow, P.C.


                                          By:    */s/ Gary S. Lincenberg*
                                                  Gary S. Lincenberg
                                          Attorneys for Defendant John Brunst


DATED: August 2, 2023                    Kessler Law Group

                                          By:    */s/ Eric W. Kessler*
                                                  Eric W. Kessler
                                          Attorney for Defendant Scott Spear

| | | |
|---|---|---|
| DATED: August 2, 2023 | | Paul J. Cambria |
| | | Erin McCampbell Paris |
| | | Lipsitz Green Scime Cambria LLP |

By: _____*/s/ Paul J. Cambria*_____
             Paul J. Cambria
    Attorneys for Defendant Michael Lacey

DATED: August 2, 2023      Feder Law Office, P.A.

By: _____*/s/ Bruce S. Feder*_____
             Bruce S. Feder
    Attorney for Defendant Scott Spear

DATED: August 2, 2023      The Law Office of David Eisenberg, PLC

By: _____*/s/ David Eisenberg*_____
             David Eisenberg
    Attorney for Defendant Andrew Padilla

DATED: August 2, 2023      Joy Bertrand Esq. LLC

By: _____*/s/ Joy Malby Bertrand*_____
             Joy Malby Bertrand
    Attorney for Defendant Joye Vaught