DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1155
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: 602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Andrew Padilla

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>　v.<br>Andrew Padilla,<br>　　　　　　Defendant. | CR 18-00422-06-PHX-DJH-DMF<br><br>**DEFENDANT PADILLA'S NOTICE OF JOINDER IN DEFENDANT VAUGHT'S OBJECTION TO *FRYE-COOPER* HEARING AND MOTION TO VACATE (Doc. 1681)** |

Defendant Andrew Padilla, by and through undersigned counsel, hereby gives notice that he joins in Defendant Joye Vaught's Objection to *Frye-Cooper* Hearing And Motion to Vacate (Doc. 1681).

Mr. Padilla agrees with the arguments made in Ms. Vaught's motion and adopts the positions set forth in the motion as if fully set forth herein.

Respectfully submitted this 9th day of August, 2023.

　　　　　　　　　　　　　　　　*s/ David Eisenberg*

　　　　　　　　　　　　　　　　DAVID EISENBERG
　　　　　　　　　　　　　　　　Attorney for Andrew Padilla

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ David Eisenberg*
David Eisenberg