**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR-18-00422-006-PHX-DJH |
| Plaintiff, | **JUDGMENT OF ACQUITTAL** |
| v. | |
| Andrew Padilla, | |
| Defendant. | |

   **IT IS ORDERED** that the Defendant is now entitled to be discharged for the reason that the jury has returned its verdict, finding the Defendant not guilty as to Counts 1-51 of the Superseding Indictment.

   **IT IS FURTHER ORDERED and ADJUDGED** that the Defendant is hereby acquitted and discharged pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

   Dated this 16th day of November, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge